IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBYN PFERSHY and MATTHEW PFERSHY, on behalf of their minor daughter O.P. and in their individual capacities,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>O'FALLON TOWNSHIP HIGH SCHOOL DISTRICT 203,<br><br>　　　　Defendant. | Case No.   23-cv-3515-RJD |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiffs filed this suit individually and on behalf of their minor child, O.P., alleging that Defendant O'Fallon Township High School District 203 violated various federal and Illinois state statutes, violated O.P.'s civil rights, and failed to provide her with a free and appropriate public education.  Doc. 40.  Plaintiff's Complaint alleges that certain teachers harassed O.P., discriminated against O.P., and failed to accommodate O.P.'s disabilities.  *See*, *e.g.*, Doc. 40, ¶¶35, 39.

This matter comes before the Court on Plaintiffs' Motion to Compel (Doc. 63) Defendant's employees and Rule 30(b)6 witness(es) to answer questions regarding O.P.'s twin sister and other students similar to O.P.  At a discovery dispute conference, Defendant argued that students who have not made due process claims against the school are not "similarly situated" to O.P. and therefore information about them is irrelevant.  Plaintiffs explain that evidence regarding the treatment of students comparable to O.P. (including her twin sister) by Defendant's staff is relevant to the issues of whether Defendant discriminated against O.P. and whether Defendant failed to

provide her reasonable accommodations.  The Court is satisfied with Plaintiffs' explanation; Defendant's relevancy objection is OVERRULED.  Plaintiff's Motion to Compel (Doc. 63) is GRANTED.  Defendant's witnesses shall answer questions regarding treatment of students comparable to O.P., the identities of those students, and treatment of O.P.'s twin sister.

Defendant also raised concerns regarding the Family Educational and Privacy Rights Act, which prohibits disclosure of students' education records without parental consent or court order. 20 U.S.C. §1232g(b).  While the Court is ordering Defendant to disclose information subject to the Family Educational and Privacy Rights Act, an amended protective order shall be entered subsequent to this Order to safeguard such information.

**IT IS SO ORDERED.**

**DATED: October 7, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**